United States District Court
Southern District of Texas
**ENTERED**
October 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EVELYN FLORES a/n/f J.G. and STACY MONTELONGO a/n/f I.J., Plaintiffs, | § § § § | |
| v. | § § | Civil Action No. 1:18-cv-00071 |
| LA FERIA INDEPENDENT SCHOOL DISTRICT and JONATHAN FLORES, individually, Defendants. | § § § § § § | |

**ORDER**

Before the Court is Stacy Montelongo's ("Plaintiff") "Opposed Motion to Extend Discovery for the Limited Purpose of Securing Investigative Reports from T.E.A." (Docket No. 164) and "Opposed Motion for Release of T.E.A. Records" (Docket No. 165) ("Motions"). The Court held a telephonic status hearing with the parties October 5, 2020.

The Court **ABATES** ruling on Motions (Docket Nos. 164, 165). Parties are **ORDERED** to coordinate with the Court's Case Manager and schedule a telephonic status hearing for no later than three business days following issuance of the Texas Office of the Attorney General's opinion. All remaining deadlines are **ABATED**.

Signed on this 6th day of October, 2020.

_____
Rolando Olvera
United States District Judge